OPINION — AG — ** COURT FUND — CLAIMS — COURTHOUSE ** QUESTION: CAN EXPENDITURES FROM THE COURT FUND BE MADE TO PAY CLAIMS FOR: (1) THE PERIODIC INSPECTION, REPAIR AND MAINTENANCE OF THE COURTHOUSE ELEVATOR (2) THE INSTALLATION OF " A NEW SEWER LINE TO RUN FROM THE COURTHOUSE TO THE CITY LINE * * *. THIS LINE WOULD BE ENTIRELY ON COUNTY PROPERTY AND USED SOLEY TO SERVICE THE COUNTY COURTHOUSE. ? — AFFIRMATIVE (COUNTY PROPERTY) CITE: 62 O.S. 323 [62-323] (FRED HANSEN)